## PIERRE CHENE, TOUSSAINT CHENE AND GABRIEL CHENE
### v.
### ANTOINE LASSELLE

### 1811

## Journal Entries

1. Leave to amend capias . . . . . . . *Journal, infra,* *p. 344

## Papers in File

1. Precipe for capias . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . .